

**FARUQI & FARUQI** LLP   NEW YORK   CALIFORNIA   DELAWARE   GEORGIA   PENNSYLVANIA
ATTORNEYS AT LAW

Alex J. Hartzband
ahartzband@faruqilaw.com

December 9, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: DEC 0 9 2019

**SO ORDERED**

**VIA ECF**

DEC 0 9 2019

The status conference is adjourned from December 10, 2019 to January 29, 2020 at 9:45 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10017

Re:   *Cohen v. Integrated Project Delivery Partners Inc., et al.*,
      No. 18-cv-02581(GBD)

Dear Judge Daniels:

We represent Plaintiff Molly Cohen in the above-referenced action and write jointly with Defendants to respectfully request that the parties' final pre-trial conference, currently scheduled for tomorrow morning at 9:45 a.m., be adjourned indefinitely. Because Defendants' motion for summary judgment is still pending, the parties respectfully submit that the Court should defer scheduling of a final pre-trial conference until after a decision has been issued. This is the parties' first request for an adjournment of this conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Alex J. Hartzband

Cc:   Counsel of Record (*via* ECF)