



Nancy Wright
212-915-5845 (direct)
Nancy.Wright@wilsonelser.com

Jason Canne
212-915-5729
Jason.Canne@wilsonelser.com

January 27, 2020

**SO ORDERED**

<u>VIA ECF</u>

JAN 2 8 2020

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

The status conference is adjourned from January 29, 2020 to February 4, 2020 at 9:45 am.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Re:   Cohen v. Integrated Project Delivery Partners, Inc., et al.
      Civil Case No.:   18-cv-02581
      Our File No.:     12548.00074

Dear Judge Daniels:

We represent the Defendants in the above-referenced matter and write to request that the final pre-trial conference, currently scheduled for Wednesday January 29, 2020, be adjourned to a new date. Trial counsel for the Defendants currently has an appearance scheduled on January 29, 2020 involving multiple parties in another matter, which cannot be moved. We have conferred with counsel for the Plaintiff, who consents to this request. The parties are available and respectfully propose the following potential dates for the pre-trial conference: February 3, 4, 6, 10 or 11.

Please do not hesitate to contact us should you have any questions in this regard. We thank the Court for its time and attention in this matter.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/ s / *Nancy V. Wright*

Nancy V. Wright

Cc: Counsel of Record (via ECF)

10492264v.1