UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MOLLY COHEN,

                        Plaintiff,

      -against-

INTEGRATED PROJECT DELIVERY PARTNERS
INC. et al.,

                      Defendants.
------------------------------------- x

<u>ORDER</u>

18 Civ. 2581 (GBD)

GEORGE B. DANIELS, United States District Judge:

       The status conference scheduled for June 2, 2020 is canceled. A final pretrial conference is scheduled for August 19, 2020 at 9:45 am.

Dated: New York, New York
       June 1, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge