

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Nancy Wright
212-915-5845 (direct)
Nancy.Wright@wilsonelser.com

Jason Canne
212-915-5729
Jason.Canne@wilsonelser.com

June 9, 2020

**VIA ECF**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED

The final pretrial conference is rescheduled from August 19, 2020 to August 11, 2020 at 9:45 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

JUN 1 1 2020

Re:   Cohen v. Integrated Project Delivery Partners, Inc., et al.
      Civil Case No.:   18-cv-02581
      Our File No.:     12548.00074

Dear Judge Daniels:

We represent the Defendants in the above-referenced matter and write jointly with the Plaintiff to respectfully request a new date for the final pretrial conference in this matter currently scheduled for August 19, 2020. Counsel for the Defendants has a previously scheduled conflict that day and is unavailable. The parties have conferred and both Defendants' and Plaintiff's Counsels are available on the following alternative dates: August 10th, 11th, 13th, and 17th. This is the first request for a new conference date in this regard.

Please do not hesitate to contact us should you have any questions in this regard. We thank the Court for its time and attention in this matter.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/ s / *Jason W. Canne*

Jason W. Canne

Cc: Counsel of Record (via ECF)

10831096v.1