UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MOLLY COHEN,

                        Plaintiff,

        -against-

INTEGRATED PROJECT DELIVERY PARTNERS
INC., et al.,

                      Defendants.
------------------------------------------------------------ x

ORDER

18 Civ. 2581 (GBD)

GEORGE B. DANIELS, United States District Judge:

       The trial is adjourned from October 13, 2020 to November 9, 2020 at 9:45 am. The parties shall file a joint pretrial order 60 days prior to the beginning of trial. The final pretrial conference is adjourned from August 11, 2020 to September 9, 2020 at 9:45 am.

Dated: New York, New York
       July 13, 2020

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge