USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 8 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MOLLY COHEN,

         Plaintiff,

   -against-

INTEGRATED PROJECT DELIVERY PARTNERS
INC., et al.,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Civ. 2581 (GBD)

GEORGE B. DANIELS, United States District Judge:

   The pretrial conference is adjourned from October 14, 2020 to October 28, 2020 at 9:30 am.

Dated: New York, New York
    October 8, 2020

          SO ORDERED.

          _George B. Daniels_
          GEORGE B. DANIELS
          United States District Judge