UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MOLLY COHEN,

                         Plaintiff,

    -against-

INTEGRATED PROJECT DELIVERY PARTNERS
INC., et al.,

                       Defendants.
------------------------------------- x

ORDER

18 Civ. 2581 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The trial is adjourned from November 9, 2020 to April 19, 2021 at 9:45 am. The pretrial conference is adjourned from October 28, 2020 to March 17, 2021 at 9:45 am.

Dated: New York, New York
       October 19, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge