**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

MOLLY COHEN,

              Plaintiff,

    -against-

INTEGRATED PROJECT DELIVERY PARTNERS
INC. and DAVID SILVERSTEIN, *in his individual and professional capacities*,

              Defendants.

------------------------------------- x

ORDER

18 Civ. 2581 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Court rules as follows on the parties' motions in limine:

(1) Defendants' motion to preclude Plaintiff from introducing evidence of the details of Plaintiff's parents' disabilities, including evidence regarding Plaintiff's father's death, is DENIED;

(2) Defendants' unopposed motion to preclude Plaintiff from introducing evidence regarding alleged emotional distress damages beyond her own testimony is GRANTED;

(3) Defendants' motion to preclude or limit Plaintiff's claim for back or front pay damages due to Plaintiff's alleged failure to mitigate her damages is DENIED without prejudice to renew at trial;

(4) Defendants' motion to limit Plaintiff's claim for back or front pay damages to the period ending on March 27, 2020, when Integrated Project Delivery Partners Inc. ("IPD") closed its business and laid off all employees, is GRANTED to the extent that no employees have been rehired by IPD since that time;

(5) Defendants' motion to preclude Plaintiff's claim for punitive damages is DENIED without prejudice to renew at trial;

(6) Defendants' motion to limit any potential award of combined punitive and emotional distress damages to not exceed $50,000 is DENIED without prejudice to renew at trial;

(7) Plaintiff's motion to preclude Defendants from introducing evidence of Plaintiff's performance as assessed by James Williams or questioning Williams regarding the same is DENIED;

(8) Plaintiff's motion to preclude Defendants from introducing Plaintiff's December 21, 2017 draft email or questioning Plaintiff regarding the same is DENIED;

(9) Plaintiff's motion to preclude Defendants from introducing evidence of Defendant David Silverstein's mother's vision impairment or questioning Silverstein regarding the same is DENIED.

The Clerk of Court is directed to close the motions at ECF Nos. 78, 80, 82, and 84.

Dated: New York, New York
       March 16, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge