UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

MOLLY COHEN,

                      Plaintiff,

  -against-

                                             ORDER

INTEGRATED PROJECT DELIVERY
PARTNERS INC. and DAVID SILVERSTEIN,    18 Civ. 2581 (GBD)

                   Defendants.

------------------------------------- X

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: September 20, 2021
       New York, New York

                                                     SO ORDERED.

                                                     GEORGE B. DANIELS
                                                     UNITED STATES DISTRICT JUDGE